UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JERAMEY ROBERT IZZARD,

        Defendant.

_____/

Case No. 2:22-cr-12

Hon. Hala Y. Jarbou
Chief U.S. District Judge

## **REPORT AND RECOMMENDATION**

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on September 12, 2022, after receiving the written consent of Defendant and all counsel. At the hearing, Defendant Jeramey Robert Izzard entered a plea of guilty to Counts 4 and 7 of the Indictment, in exchange for the promises made by the Government in the written plea agreement. Count 4 charges Izzard with possession with intent to distribute 5 grams or more of methamphetamine in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii) and Count 7 charges him with possession of firearms in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c)(1)(A).

On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter an informed plea;

2. that the pleas are made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's guilty pleas are made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

4.     that the Defendant understands the nature of the charges and penalties provided by law; and

5.     that the pleas have a sufficient basis in fact.

I therefore recommend that Defendant's pleas of guilty be accepted, that the court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.

Acceptance of the pleas, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: September 12, 2022     /s/ *Maarten Vermaat*
    MAARTEN VERMAAT
    UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. Mich. LCrR 11.1