UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:22-cr-12

    Hon. Hala Y. Jarbou

JERAMEY ROBERT IZZARD,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 12, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the guilty plea of Jeramey Robert Izzard as to Counts 4 and 7 be accepted. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 26, 2022. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1. The R&R (ECF No. 24) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Counts 4 and 7 of the Indictment.

3. The written plea agreement (ECF No. 21) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing.

Dated: September 30, 2022                   /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE